UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                               :

GUSTAV KLOSZEWSKI,                        :      **ORDER REGARDING**
                                                                                 :      **CERTIFICATE OF**
                                           Petitioner,          :      **APPEALABILITY**

      -against-                                             :      20 Civ. 3998 (AKH)
                                                                                   :      16 Cr. 200 (AKH)

UNITED STATES OF AMERICA,            :

                                           Respondent      :
-------------------------------------------------------------- x
ALVIN K. HELLERSTEIN, U.S.D.J.:

        On July 24, 2020, I entered an order denying Petitioner Gustav Kloszewski's motion to vacate his sentence. I subsequently denied Petitioner's motion for reconsideration on September 29, 2020. The Court declines to issue a Certificate of Appealability because Petitioner has "not made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c) (2), and because Petitioner has failed to identify a claim that jurists of reason would find debatable as to whether Petitioner was denied such a right. *See Slack v. McDaniel*, 529 U.S. 473, 478 (2000).

        SO ORDERED.

Dated:      New York, New York                  _____/s/ Alvin K. Hellerstein_____
              November 6, 2020                         ALVIN K. HELLERSTEIN
                                                                        United States District Judge